# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| HIBBETT SPORTING GOODS, INC. and HIBBETT HOLDINGS, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>SOCK AND ACCESSORY BRANDS GLOBAL, INC. and SHOEBACCA LTD.<br><br>    Defendants. | Case No. 2:17-cv-01029-RDP |

## NOTICE OF VOLUNTARY PRO TANTO DISMISSAL OF SOCK AND ACCESSORY BRANDS GLOBAL, INC.

Plaintiffs Hibbett Sporting Goods, Inc. and Hibbett Holdings, LLC (collectively "Hibbett") hereby give Notice to the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that all claims asserted by Hibbett against Defendant Sock and Accessory Brands Global, Inc. are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees. This Dismissal is limited solely to the claims asserted against Defendant Sock and Accessory Brands Global, Inc. and Hibbett reserves and will continue to prosecute all other claims, including specifically its claims against Defendant Shoebacca Ltd.

Dated: November 10, 2017						Respectfully submitted,

/s/ Jay M. Ezelle
Jay M. Ezelle (ASB-4744-Z72J)
Michael R. Lasserre (ASB-2144-Y61G)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, AL 35259-8512
*jme@starneslaw.com*
*mrl@starneslaw.com*
*Attorneys for Hibbett*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this the 10th day of November, 2017, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

William White
PARKMAN WHITE LLP
1929 3rd Ave. North, Suite 700
Birmingham, AL 35203
wwhite@parkmanlawfirm.com

Gerald Fowler
MCGOWEN & FOWLER PLLC
8584 Katy Freeway, Suite 335
Houston, Texas, 77024
gff@mcgowenfowler.com

                                /s/ Jay M. Ezelle
                                STARNES DAVIS FLORIE LLP
                                100 Brookwood Place, 7th Floor
                                P. O. Box 598512
                                Birmingham, AL 35259-8512